IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL NO. 17-30096-SMY |
| | ) | |
| Plaintiff, | ) | Title 18 |
| | ) | United States Code, |
| vs. | ) | Sections 922(g)(5) & 924(d) |
| | ) | |
| WILSON A. PENA, | ) | Title 28 |
| a/k/a "Penatovar" | ) | United States Code, |
| a/k/a "Pena-Tovar" | ) | Sections 2461(c) |
| | ) | |
| Defendant. | ) | |

FILED
MAY 16 2017
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE

# INDICTMENT

**THE GRAND JURY CHARGES:**

## COUNT 1
**(Possession of a Firearm By An Illegal Alien)**

On February 9, 2017, in Fayette County, Illinois, within the Southern District of Illinois,

**WILSON A. PENA,**

defendant herein, who is an alien in the United States unlawfully, did possess in and affecting interstate commerce a firearm, to wit, a .40 caliber Hi Point pistol, bearing serial number X7228320; all in violation of Title 18, United States Code, Section 922(g)(5)(A) and 924(d).

## COUNT 2
## FORFEITURE ALLEGATIONS
**FORFEITURE OF FIREARM**

Upon conviction of the offenses alleged in this Indictment, defendant **WILSON A. PENA** shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c), all firearms and ammunition involved in or used in any knowing violation of the offense described in this Indictment, including, but not

limited, to the following: a .40 caliber Hi Point pistol, bearing serial number X7228320, and any and all ammunition contained therein or seized therewith.

**A TRUE BILL**

[redacted]

ROBERT L. GARRISON
Assistant United States Attorney

DONALD S. BOYCE
United States Attorney

Recommended Bond: Detention